UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOSEPH G. DUMOUCHELLE | ) | Case No. 19-54531 |
| And MELINDA J. ADDUCCI, | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned firm of attorneys are appearing for Teodor Gelov. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

> Deborah S. Rubin, Esq.
> Jaffe Raitt Heuer & Weiss, P.C.
> 27777 Franklin Road, Suite 2500
> Southfield, MI 48034
> phone—(248) 351-3000
> drubin@jaffelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

JAFFE RAITT HEUER & WEISS, P.C.

Dated: October 14, 2019   By: /s/ Deborah S. Rubin
Counsel to Teodor Gelov
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
Facsimile: (248) 351-3082
drubin@jaffelaw.com