UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

In Re:

JOSEPH G. DUMOUCHELLE and
MELINDA A. ADDUCI ,            Ch. 11
                               Case No. 19-54531-pjs
Debtors.                       Hon. Phillip Shefferly

___

**APPEARANCE AS COUNSEL FOR CREDITOR THOMAS RITTER
AND REQUEST FOR SERVICE OF PAPERS**

___

      Bryan D. Marcus, P.C. hereby enters its appearance as counsel for Creditor Thomas Ritter

in the present case and requests service of all papers filed in the matter.

      /S/ Bryan Marcus
      _____
      Bryan Marcus (P47125)
      Bryan D. Marcus, P.C.
      29488 Woodward Ave.
      Suite 451
      Royal Oak, MI 48073
      (248) 320-1071
      Attorneys for Creditor Thomas Ritter