UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Joseph G. DuMouchelle,            Chapter 11
a/k/a Joe G. DuMouchelle, and        Case No. 19-54531
Melinda J. Adducci,               Hon. Phillip J. Shefferly
a/k/a Lindy J. Adducci,

     Debtors.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND TO BE ADDED TO BANKRUPTCY MATRIX ON BEHALF OF JOHN RAGARD

TO: All parties in interest

PLEASE TAKE NOTICE that Earle I. Erman of Maddin, Hauser, Roth & Heller, P.C. hereby enters his appearance as counsel for John Ragard and, pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon him at the address and e-mail set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or any of the foregoing and any other

document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

                        MADDIN, HAUSER, ROTH & HELLER, P.C.

By: */s/ Earle I. Erman*
     Earle I. Erman (P24296)
     Attorneys for John Ragard
     28400 Northwestern Hwy., 2nd Floor
     Southfield, MI 48034
     (248) 354-4030
     eerman@maddinhauser.com

DATED: November 6, 2019

03178433 v1
19-54531-pjs    Doc 25    Filed 11/06/19    Entered 11/06/19 14:53:06    Page 2 of 2