UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JOSEPH G. DuMOUCHELLE, *et al.,*

      Debtor.

Case No. 19-54531-pjs
Chapter 11
Hon.   Phillip J. Shefferly

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Shanna M. Kaminski of Varnum LLP appears as counsel for Jonathan Birnbach, a creditor in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2002 and 9010, requests that all notices given or required to be given in the above case and all papers served in the above case be given to and served upon the following:

Shanna M. Kaminski, Esq.
VARNUM LLP
160 W. Fort St., Fifth Floor
Detroit, MI 48226
(313) 481-7332
smkaminski@varnumlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that affects any creditors, the Debtors, Debtors-in-Possession, or property of the Debtors or Debtors-in-Possession.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Jonathan Birnbach's right (1) to have final orders in non-core matters

entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Jonathan Birnbach is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which Jonathan Birnbach expressly reserves.

    Respectfully submitted,

    VARNUM LLP

    By: */s/ Shanna M. Kaminski*
        SHANNA M. KAMINSKI (P74013)
        160 W. Fort St., 5th Floor
        Detroit, MI 48226
        (313) 481-7332
        smkaminski@varnumlaw.com

Dated: November 15, 2019     *Attorneys for Jonathan Birnbach*