UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Case No. 19-54531-pjs

JOSEPH G. DuMOUCHELLE, *et al.,*
Chapter 11

Hon.   Phillip J. Shefferly

Debtor.

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Shanna M. Kaminski of Varnum LLP appears as counsel

for J.B. International, a creditor in the above-captioned cases, and pursuant to Fed. R. Bankr. P.

2002 and 9010, requests that all notices given or required to be given in the above case and all

papers served in the above case be given to and served upon the following:

Shanna M. Kaminski, Esq.
VARNUM LLP
160 W. Fort St., Fifth Floor
Detroit, MI  48226
(313) 481-7332
smkaminski@varnumlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in the rules specified above, but also includes, without limitation,

all orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral, and whether transmitted by mail,

hand delivery, telephone, facsimile, email or otherwise, that affects any creditors, the Debtors,

Debtors-in-Possession, or property of the Debtors or Debtors-in-Possession.

This Notice of Appearance and Request for Service of Papers shall not be deemed or

construed to be a waiver of J.B. International's right (1) to have final orders in non-core matters

entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which J.B. International is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which J.B. International expressly reserves.

Respectfully submitted,

VARNUM LLP

By: _/s/ Shanna M. Kaminski_____
      SHANNA M. KAMINSKI  (P74013)
      160 W. Fort St., 5th Floor
      Detroit, MI  48226
      (313) 481-7332
      smkaminski@varnumlaw.com

Dated:  November 15, 2019                *Attorneys for J.B. International*