UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Joseph G. DuMouchelle,
      a/k/a Joe G. DuMouchelle, and       Case No. 19-54531-pjs
      Melinda Adducci,       Hon. Phillip J. Shefferly
      a/k/a Lindy J. Adducci,       Chapter 11

      Debtors.
_____/

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, deposes and says that on November 18, 2019 the following documents were electronically filed and served upon the following ECF Participants:

| Documents: | Notice of Order Establishing Deadlines and Procedures and Order Establishing Deadlines and Procedures |
|---|---|
| ECF Participants: | All parties listed by the Court for service via electronic mailing |

And I hereby certify that on November 20, 2019 I mailed the Order by United States Postal Service to the following non-ECF participants:

| All Creditors on the attached PACER Matrix |
|---|

                                        /s/ Jennifer L. Gamalski
                                        Jennifer L. Gamalski
                                        4000 Town Center, Suite 1200
                                        Southfield, MI 48075
                                        Phone:    (248) 355-5300
                                        Fax:      (248) 355-4644
                                        Aaron J. Scheinfield P67594
                                        email aaron@bk-lawyer.net

Dated: November 20, 2019

```
Label Matrix for local noticing        1-800 Self-Storage.Com                  Melinda J. Adducci
0645-2                                 2477 W Maple Rd                         1221 Bowers
Case 19-54531-pjs                      Troy, MI 48084-7124                     #2595
Eastern District of Michigan                                                   Birmingham, MI 48012-7102
Detroit
Wed Nov 20 11:50:30 EST 2019

Ally Bank                              American Express                        American Express National Bank
P.O. Box 130424                        Customer Care / Bankruptcy              c/o Becket and Lee LLP
Saint Paul, MN 55113-0004              P.O. Box 297812                         PO Box 3001
                                       Fort Lauderdale, FL 33329-7812          Malvern PA 19355-0701


Leslie K. Berg (UST)                   Chase                                   Chrysler Capital
211 W. Fort Street                     P. O. Box 15298                         Attn: Bankruptcy Department
Suite 700                              Wilmington, DE 19850-5298               P.O. Box 961278
Detroit, MI 48226-3263                                                         Fort Worth, TX 76161-0278


Credibly                               Department Stores National Bank (Macy's Discover
25200 Telegraph Rd                     Bankruptcy Processing                   DFS Services, LLC
STE 350                                P.O. Box 8053                           P.O. Box 3025
Southfield, MI 48033-7416              Mason, OH 45040-8053                    New Albany, OH 43054-3025


Discover Bank                          Joseph G. DuMouchelle                   EZ Storage
Discover Products Inc                  1221 Bowers                             18145 Mack Ave
Po Box 3025                            #2595                                   Detroit, MI 48224-1444
New Albany OH  43054-3025              Birmingham, MI 48012-7102


East Continental Gems                  David Eisenberg                         Earle I. Erman
c/o Cindy Elizabeth Molloy, Esq.       Maddin, Hauser, Roth & Heller, P.C.     Maddin, Hauser, Roth & Heller, P.C.
551 Fifth Avenue, 31st Floor           28400 Northwestern Highway              28400 Northwestern Highway
New York, NY 10176-0001                Second Floor                            Second Floor
                                       Southfield, MI 48034-1839               Southfield, MI 48034-1839


First National Bank & Trust            Jeffrey A. Mitchell, Esq.               Jonathan Birnbach & J.B. International
22 4th Street E.                       5 Penn Plaza, 24th Floor                576 Fifth Avenue
Williston, ND 58801-5332               New York, NY 10001-1810                 New York, NY 10036-4807


Shanna Marie Kaminski                  Bryan D. Marcus                         Nanette Poole
160 W. Fort St.                        29488 Woodward Ave.                     458 Bournemouth Circle
5th Floor                              Suite 451                               Grosse Pointe Farms, MI 48236-2816
Detroit, MI 48226-3700                 Royal Oak, MI 48073-0903


Oakland County Circuit Court           PRA Receivables Management, LLC         Deborah S. Rubin
1200 N. Telegraph Road                 PO Box 41021                            27777 Franklin Road
Pontiac, MI 48341-0404                 Norfolk, VA 23541-1021                  Suite 2500
                                                                               Southfield, MI 48034-8214


Sanibel Captiva Community Bank         Aaron J Scheinfield                     Aaron J. Scheinfield
7500 College Parkway                   Goldstein, Bershad & Fried, P.C.        Goldstein Bershad & Fried PC
Fort Myers, FL 33907-5500              4000 Town Center                        4000 Town Center
                                       Suite 1200                              Suite 1200
                                       Southfield, MI 48075-1413               Southfield, MI 48075-1413
```

| | | |
|---|---|---|
| Simply Self Storage<br>20355 E 9 Mile Rd<br>Saint Clair Shores, MI 48080-1757 | Synchrony Bank (Lowe's)<br>Bankruptcy Department<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Teodor Gelov<br>c/o Jaffe Raitt Heuer & Weiss PC<br>Jay Welford, Esq.<br>27777 Franklin Rd Ste 2500<br>Southfield, MI 48034-8222 |
| Thomas T. Ritter<br>c/o Bryan D. Marcus, Esq.<br>29488 Woodward Ave., Suite 451<br>Royal Oak, MI 48073-0903 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Jay L. Welford<br>27777 Franklin Rd.<br>Suite 2500<br>Southfield, MI 48034-8214 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jonathan Birnbach | (u)Teodor Gelov | (u)J.B. International |
| (u)John Ragard | (u)Marty Harvity | (u)Daniel M. McDermott |
| (du)John Ragard | (u)Thomas Ritter | (u)Thomas Ritter<br>c/o Attorneys - Bryan Marcus P47125 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     9
Total                  44