UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 19-54531-pjs

**Joseph G. DuMouchelle,**  Chapter 11
**a/k/a Joe G. DuMouchelle and**
**Melinda J. Adducci,**  Hon. Phillip J. Shefferly
**a/k/a Lindy J. Adducci,**

     Debtors.
_____/

**NOTICE OF MOTION TO CONVERT CASE**

The United States Trustee has filed papers with the court to convert this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.).

If you do not want the court to convert the case, or if you want the court to consider your views on the motion, **within 21 days**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    U.S. Bankruptcy Court
    211 W. Fort Street
    Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:    Leslie K. Berg
    Office of the United States Trustee
    211 West Fort Street, Suite 700
    Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

                                                        **DANIEL M. McDERMOTT**
                                                        **UNITED STATES TRUSTEE**
                                                        Region 9

                  By       /s/ Leslie K. Berg
                             Trial Attorney
                             Office of the U.S. Trustee
                             211 West Fort St - Suite 700
                             Detroit, Michigan 48226
                             (313) 226-7950
Dated: November 22, 2019          Leslie.K.Berg@usdoj.gov