UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Joseph G. DuMouchelle,
a/k/a Joe G. DuMouchelle, and Case No. 19-54531-pjs
Melinda Adducci, Hon. Phillip J. Shefferly
a/k/a Lindy J. Adducci, Chapter 11

Debtors.
_____/

## ORDER GRANTING EX-PARTE MOTION FOR EXPEDITED HEARING ON GOLDSTEIN BERSHAD & FRIED P.C.'S MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

Goldstein, Bershad & Fried, P.C. ("GB&F"), counsel for Debtors, submitted the Ex-Parte Motion for Expedited Hearing on its Motion to Withdraw as Attorney. The Court has reviewed this matter and finds good cause to grant the relief requested.

IT IS HEREBY ORDERED that a hearing on GB&F's Ex-Parte Motion for Expedited Hearing on its Motion to Withdraw as Counsel for Debtors shall be held on **December 4, 2019 at 9:30 a.m.** before the Honorable Phillip J. Shefferly, United States Bankruptcy Judge, Room 1975, 211 W. Fort St, Detroit, Michigan.

**IT IS FURTHER ORDERED** that upon entry of this Order, counsel for Debtors shall forthwith serve copies of the same, as well as copies of the Motion and proposed Order to Withdraw as Counsel for Debtors upon the Debtors by first-class mail.

**Signed on November 25, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge