Form:ntctfclm

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 19−54531−pjs
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Joseph G. DuMouchelle                            Melinda J. Adducci
  aka Joe G. DuMouchelle                      aka Lindy J. Adducci
  1221 Bowers                                            1221 Bowers
  #2595                                                      #2595
  Birmingham, MI 48012                         Birmingham, MI 48012

Social Security No.:
  xxx−xx−0669                                        xxx−xx−6052

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**March 5, 2020**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 12/12/19

                                                                                         BY THE COURT


                                                                  Katherine B. Gullo , Clerk of Court
                                                                  U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                          Case No. 19-54531-pjs
Joseph G. DuMouchelle                                           Chapter 7
Melinda J. Adducci
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0645-2      User: lhuts                Page 1 of 2          Date Rcvd: Dec 12, 2019
                          Form ID: ntctfclm          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
dbpos         +Joseph G. DuMouchelle,    1221 Bowers,   #2595,    Birmingham, MI 48012-7102
dbpos         +Melinda J. Adducci,    1221 Bowers,    #2595,    Birmingham, MI 48012-7102
26196712      +1-800 Self-Storage.Com,    2477 W Maple Rd,    Troy, MI 48084-7124
26249101      +Credibly,    25200 Telegraph Rd,    STE 350,    Southfield, MI 48033-7416
26196720      +EZ Storage,    18145 Mack Ave,    Detroit, MI 48224-1444
26196719      +East Continental Gems,    c/o Cindy Elizabeth Molloy, Esq.,     551 Fifth Avenue, 31st Floor,
                New York, NY 10176-0001
26196721      +First National Bank & Trust,    22 4th Street E.,    Williston, ND 58801-5332
26196722      +Jeffrey A. Mitchell, Esq.,    5 Penn Plaza, 24th Floor,    New York, NY 10001-1810
26196724      +Jonathan Birnbach & J.B. International,    576 Fifth Avenue,    New York, NY 10036-4807
26196726      +Nanette Poole,    458 Bournemouth Circle,    Grosse Pointe Farms, MI 48236-2816
26196727      +Oakland County Circuit Court,    1200 N. Telegraph Road,    Pontiac, MI 48341-0404
26196728      +Sanibel Captiva Community Bank,    7500 College Parkway,    Fort Myers, FL 33907-5500
26196729      +Simply Self Storage,    20355 E 9 Mile Rd,    Saint Clair Shores, MI 48080-1757
26196731      +Teodor Gelov,    c/o Jaffe Raitt Heuer & Weiss PC,    Jay Welford, Esq.,
                27777 Franklin Rd Ste 2500,    Southfield, MI 48034-8222
26196732      +Thomas T. Ritter,    c/o Bryan D. Marcus, Esq.,    29488 Woodward Ave., Suite 451,
                Royal Oak, MI 48073-0903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26280622       EDI: GMACFS.COM Dec 13 2019 04:38:00      Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
26196713       EDI: GMACFS.COM Dec 13 2019 04:38:00      Ally Bank,    P.O. Box 130424,
                Saint Paul, MN 55113-0004
26196714       EDI: AMEREXPR.COM Dec 13 2019 04:38:00      American Express,    Customer Care / Bankruptcy,
                P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
26232369       EDI: BECKLEE.COM Dec 13 2019 04:38:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
26196715       EDI: CHASE.COM Dec 13 2019 04:38:00      Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
26270323      +EDI: CHRM.COM Dec 13 2019 04:38:00      Chrysler Capital,    P.O. Box 961275,
                Fort Worth, TX 76161-0275
26196716      +EDI: CHRM.COM Dec 13 2019 04:38:00      Chrysler Capital,    Attn: Bankruptcy Department,
                P.O. Box 961278,    Fort Worth, TX 76161-0278
26196717      +EDI: TSYS2.COM Dec 13 2019 04:38:00      Department Stores National Bank (Macy's),
                Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
26196718       EDI: DISCOVER.COM Dec 13 2019 04:38:00      Discover,    DFS Services, LLC,    P.O. Box 3025,
                New Albany, OH 43054-3025
26220563       EDI: DISCOVER.COM Dec 13 2019 04:38:00      Discover Bank,    Discover Products Inc,
                Po Box 3025,    New Albany OH  43054-3025
26198693      +EDI: PRA.COM Dec 13 2019 04:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
26196730       EDI: RMSC.COM Dec 13 2019 04:38:00      Synchrony Bank (Lowe's),    Bankruptcy Department,
                P.O. Box 965060,    Orlando, FL 32896-5060
26196733       EDI: USBANKRS.COM Dec 13 2019 04:38:00      US Bank,    P.O. Box 5229,
                Cincinnati, OH 45201-5229
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
ust              Daniel M. McDermott
26196723         John Ragard
26196725         Marty Harvity
26235226         Thomas Ritter,   c/o Attorneys - Bryan Marcus P47125
26237083*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
26232370*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
                                                                                   TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:

      Bryan D. Marcus    on behalf of Creditor Thomas  Ritter bmarcus.x@gmail.com
      Daniel J. Weiner    on behalf of Creditor    East Continental Gems, Inc.
       dweiner@schaferandweiner.com
      Daniel J. Weiner    on behalf of Creditor    William Noble Rare Jewels, LP
       dweiner@schaferandweiner.com
      Daniel J. Weiner    on behalf of Creditor Thomas  Ritter dweiner@schaferandweiner.com
      David  Eisenberg    on behalf of Creditor John  Ragard deisenberg@maddinhauser.com
      Deborah S. Rubin    on behalf of Creditor Teodor  Gelov drubin@jaffelaw.com
      Earle I. Erman    on behalf of Creditor John  Ragard eerman@maddinhauser.com
      Fred  Dery    fdery@fredjdery.com, MI39@ecfcbis.com;dcloven@fredjdery.com;fjd@trustesolutions.net
      Glenn S. Walter    on behalf of Creditor Aaron  Mendelsohn gwalter@honigman.com
      Glenn S. Walter    on behalf of Creditor    A- RON Resources, LLC gwalter@honigman.com
      Howard M. Borin    on behalf of Creditor    William Noble Rare Jewels, LP
       hborin@schaferandweiner.com,  jburns@schaferandweiner.com;nmack@schaferandweiner.com
      Howard M. Borin    on behalf of Creditor    East Continental Gems, Inc. hborin@schaferandweiner.com,
       jburns@schaferandweiner.com;nmack@schaferandweiner.com
      Howard M. Borin    on behalf of Creditor Thomas  Ritter hborin@schaferandweiner.com,
       jburns@schaferandweiner.com;nmack@schaferandweiner.com
      Jay L. Welford    on behalf of Creditor Teodor  Gelov jwelford@jaffelaw.com
      Leslie K. Berg (UST)    on behalf of U.S. Trustee Daniel M. McDermott Leslie.K.Berg@usdoj.gov
      Robert N. Bassel    on behalf of Debtor In Possession Joseph G. DuMouchelle bbassel@gmail.com,
       robertbassel@hotmail.com;ecfbassel@gmail.com
      Robert N. Bassel    on behalf of Debtor In Possession Melinda J. Adducci bbassel@gmail.com,
       robertbassel@hotmail.com;ecfbassel@gmail.com
      Shanna Marie Kaminski    on behalf of Creditor    J.B. International smkaminski@varnumlaw.com,
       wrkyles@varnumlaw.com
      Shanna Marie Kaminski    on behalf of Creditor Jonathan  Birnbach smkaminski@varnumlaw.com,
       wrkyles@varnumlaw.com

                                                                         TOTAL: 19