# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Joseph G. DuMouchelle, and
Melinda J. Adducci

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

                Debtors.

## STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING ON FINEMARK NATIONAL BANK & TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "Trustee"), Joseph G. DuMouchelle, and Melinda J. Adducci (collectively, the "Debtors"), and Finemark National Bank & Trust (the "Bank"), each by and through their undersigned counsel who do hereby stipulate to the entry of the attached order.

Approved as to form and content.

| STEVENSON & BULLOCK, P.L.C. | |
|---|---|
| By: /s/ Elliot G. Crowder<br>Elliot G. Crowder (P76137)<br>Counsel for Trustee<br>26100 American Drive, Suite 500<br>Southfield, MI 48034<br>Phone: (248) 354-7906<br>Facsimile: (248) 354-7907<br>Email: ecrowder@sbplclaw.com<br><br>Dated: December 27, 2019 | By: /s/ Robert N. Bassel<br>Robert N. Bassel (P48420)<br>Counsel for Debtors<br>P.O. Box T<br>Clinton, MI 49236<br>Phone: (248) 677-1234<br>Email: bbassel@gmail.com<br><br>Dated: December 27, 2019 |

**HAHN LOESER & PARKS LLP**

By: /s/ Daniel A DeMarco
Daniel A DeMarco
(Ohio Bar No. 0038920)
Counsel for Bank
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Facsimile: (216) 241-2824
Email: dademarco@hahnlaw.com

Dated: December 31, 2019

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Joseph G. DuMouchelle, and
Melinda J. Adducci

Debtors.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

## ORDER ADJOURNING HEARING ON
## FINEMARK NATIONAL BANK & TRUST'S MOTION FOR RELIEF
## FROM AUTOMATIC STAY

THIS MATTER having come before this Honorable Court upon the stipulation of the parties and the Court being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the hearing on the Finemark National Bank & Trust's Motion for Relief from Automatic Stay shall be and hereby is adjourned from January 6, 2020 at 10:00 am to **January 27, 2020 at 9:00 am**.

IT IS FURTHER ORDERED that the automatic stay shall remain in full force and effect pending further order of the Court.