# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

Joseph G. DuMouchelle, and
Melinda J. Adducci

          Debtors.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

## ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE CONSULTANT/AGENT AND BROKER

THIS MATTER having come before the Court upon the Chapter 7 Trustee's Application for Authority of Trustee to Employ Real Estate Consultant/Agent and Broker and the Court being advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the Trustee may employ Mr. Jay Richter as a real estate consultant at an hourly rate for consulting services of $100.00.

IT IS FURTHER ORDERED that the Trustee is authorized to employ Mr. Jay Richter as real estate agent and John R. Wood Properties as broker on a percentage fee basis under 11 U.S.C. § 328 based on a 6% real estate commission on the gross sale price or settlement amount, whichever applies.

IT IS FURTHER ORDERED that if a sales or settlement commission is paid, Mr. Jay Richter will not be compensated as a real estate consultant.

IT IS FURTHER ORDERED that all compensation and reimbursement of expenses are subject to Court approval.

**Signed on January 3, 2020**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge