UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Joseph G. DuMouchelle and Bankruptcy Case No. 19-54531
Melinda J. Adducci, Honorable Phillip J. Shefferly
 Debtors. Chapter 7
 /

## **CERTIFICATE OF NO RESPONSE FOR APPLICATION FOR AUTHORITY OF TRUSTEE TO EMPLOY COUNSEL**

**NOW COMES** the Trustee Fred J. Dery by and through his counsel, Stevenson & Bullock, P.L.C., and states as follows:

1. Applicant prepared and filed an Application for Authority of Trustee Employ Counsel as well as served on all necessary parties and the Notice having been served on all parties identified in the Matrix on file with this Court the 17th day of December, 2019.

2. As of this date, no objection has been filed to this Notice nor has a request for a Hearing on the Trustee's Notice been filed with the Court.

3. More than fourteen (14) days have expired since the service of the Notice and Opportunity for Hearing.

4. Pursuant to E.D. Mich. LBR 9014-1(c), if a response is not timely served, the movant may file a certification stating together with the proposed order and a copy of the original proof of service of the motion. If the motion was served by mail, the movant shall not file a certification of no response until the 18th day after

service, (or 25th day in the case of matters covered by F.R.BANKR P. 2002(a) in order to comply with F.R.BANKR.P. 9006(f). The Court may enter the proposed order without a hearing. If the Court decides not to enter the proposed order, the Court shall promptly schedule a hearing, with notice to the movant and such other parties as it deems necessary.

**WHEREFORE,** Trustee prays that this Honorable Court enter an Order Approving Trustee's Employment of Counsel.

Respectfully submitted,
Stevenson & Bullock, P.L.C.
Counsel for the Trustee, Fred J. Dery

/s/ Elliot G. Crowder (P76137)
26100 American Drive, Suite 500
Southfield, MI 48034
(248)354-7906 ext. 2254
ecrowder@sbplclaw.com

Dated: January 6, 2020