# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Joseph G. DuMouchelle and
Melinda J. Adducci,
              Debtors.
_____/

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

## ORDER APPROVING TRUSTEE'S EMPLOYMENT OF COUNSEL

This matter having come on to be heard upon the attached Application for Authority of Trustee to Employ Counsel and the Court having read the same and being otherwise fully advised in the premises;

**NOW, THEREFORE,** upon the Application of Fred J. Dery ("Trustee"):

**IT IS ORDERED** that the Trustee's employment of Charles D. Bullock and the law firm of Stevenson & Bullock, P.L.C., is hereby approved;

**IT IS FURTHER ORDERED** that any and all fees awarded to attorney for Trustee are subject to the approval of the Court.

**Signed on January 6, 2020**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly**
**United States Bankruptcy Judge**