UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle,             Case No. 19-54531-PJS
                                            Chapter 7
         Debtor.                  Hon. Phillip J. Shefferly
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

To:    Clerk of the Bankruptcy Court

**PLEASE TAKE NOTICE** that Mark H. Shapiro, the Chapter 7 Trustee for the bankruptcy estate of Joseph DuMouchelle Fine & Estate Jewellers, L.L.C. Case No. 19-56239-PJS, requests that all filings in this case be served at the following email address via notice of electronic filing:

Mark H. Shapiro, Esq.
shapiro@steinbergshapiro.com

 /s/ Mark H. Shapiro (P43134)
Chapter 7 Trustee for the bankruptcy estate
of Joseph DuMouchelle Fine & Estate
Jewellers, LLC
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date:  January 6, 2020