UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Joseph G. DuMouchelle,
    a/k/a Joe G. DuMouchelle, and             Case No. 19-54531-pjs
    Melinda Adducci,                                       Hon. Phillip J. Shefferly
    a/k/a Lindy J. Adducci,                        Chapter 7

    Debtors.
_____/

**CERTIFICATION OF NO RESPONSE**

On December 11, 2019, Debtors' former counsel / Applicant, served on the Debtors First and Final Fee Application of Goldstein, Bershad & Fried, P.C. for Compensation and Reimbursement of Expenses for Services Rendered as Counsel for Debtors. A Notice of Fee Application was served upon all interested parties (see ECF filed Proof of Service). A response has not been timely filed and served within twenty-four (24) days after the service. Therefore, the Court may allow the application without a hearing.

                                                     GOLDSTEIN BERSHAD & FRIED, P.C.

                               by    /s/ Aaron J. Scheinfield
                                          Aaron J. Scheinfield (P67495)
                                          4000 Town Center, Suite 1200
                                          Southfield, Michigan 48075
                                          (248) 355-5300
                                          aaront@bk-lawyer.net

Dated: January 7, 2020