UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In Re: Joseph G. DuMouchelle,
       a/k/a Joe G. DuMouchelle, and        Case No. 19-54531-pjs
       Melinda Adducci,        Hon. Phillip J. Shefferly
       a/k/a Lindy J. Adducci,        Chapter 7

       Debtors.
_____/

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
GOLDSTEIN, BERSHAD & FRIED, P.C. FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED
<u>AS COUNSEL FOR DEBTORS</u>**

    GOLDSTEIN, BERSHAD & FRIED, P.C. ("Applicant") filed and served on all interested parties an application for fees pursuant to LBR 2016-1(EDM), LBR 2016-3 (EDM) and 11 U.S.C. § 331. Subsequent to the filing of the Application, the Chapter 7 Trustee's attorney made a request for Applicant to turnover the $4,372.00 on hand in the firm's trust account as they are property of the Chapter 7 bankruptcy estate; these monies were promptly remitted by Applicant. to the Chapter 7 Trustee. No objections to the application have been received and a certification of no response has been filed. Therefore, the Court enters this Order.

    IT IS HEREBY ORDERED:

    1.    The Court approves Applicant's fees and expenses as follows:

| | | |
|---|---|---|
| Prior award for fees: | $0.00 | |
| Prior award for costs: | $0.00 | |
| Total award to date: | | $0.00 |
| | | |
| This award for fees: | $18,840.00   (+) | |
| This award for costs: | $   113.20 | |
| Total this award: | | <u>$18,953.20</u> |
| Less retainer on hand | | $4,372.00 |
| Funds turned over to Chapter 7 Trustee: | | ($4,372.00) |
| Amount to be paid by Debtors | | $18,953.20 |

2. This award covers services rendered and expenses incurred from October 12, 2019 through December 3, 2019.

3. Applicant shall serve a copy of this Order upon the Debtors.

4. To the extent fees and expenses pursuant to this Order are not paid by the Chapter 7 Trustee, they shall be paid directly by the Debtors if this case is later dismissed.

5. Applicant's fees in the total amount of $18,840.00 in compensation and $113.20 in expenses totaling $18,953.20 incurred for the period of October 12, 2019 through December 3, 2019 are granted final approval in full as Chapter 11 administrative expenses.

**Signed on January 9, 2020**



/s/ Phillip J. Shefferly

Phillip J. Shefferly
United States Bankruptcy Judge