UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 7

Joseph G. DuMouchelle,                          Case No. 19-54531-PJS
a/k/a Joe G. DuMouchelle, and
Melinda J. Adducci,                             Hon. Phillip J. Shefferly
a/k/a Lindy J. Adducci,
       Debtors.
_____/

### ORDER DISSOLVING ORDER TO SHOW CAUSE AND CANCELLING HEARING

On December 17, 2019, the Court entered an order (ECF No. 74) directing

Robert N. Bassel, the Debtors' attorney, to appear and show cause at a hearing on

January 10, 2020 why the Court should not take action because of Bassel's failure

to file a statement of attorney for debtors under E.D. Mich. LBR 9010-1(c).   The

Court's order to show cause also provided that the Court would cancel the hearing

and dissolve the show cause if Bassel filed the statement prior to the hearing.   Bassel

timely filed a satisfactory statement (ECF No. 100) on January 6, 2020.   Therefore,

there is no need to have the show cause hearing.   Accordingly,

**IT IS HEREBY ORDERED** that the order to show cause (ECF No. 74) entered

on December 17, 2019 is dissolved.

**It Is Further Ordered** that the hearing scheduled by the order to show cause for January 10, 2020 at 9:30 a.m. is cancelled, and Bassel need not appear at that time.

**Signed on January 9, 2020**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**