UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

Joseph G. DuMouchelle,
a/k/a Joe G. DuMouchelle, and
Melinda J. Adducci,
a/k/a Lindy J. Adducci,

Debtors.
_____/

Chapter 7

Case No. 19-54531

Hon. Phillip J. Shefferly

### Order Cancelling Hearing On Order To Show Cause

On January 3, 2020, the Court entered an order (ECF No. 95) that scheduled a hearing on the Debtors' failure to file Official Form 122A-1, Chapter 7 Statement of Your Current Monthly Income. The order required the Debtors and their attorney to appear at a hearing on January 13, 2020 at 11:00 a.m., unless the required Official Form 122A-1 was filed prior to the hearing. The Debtors filed required Official Form 122A-1 (ECF No. 101) on January 6, 2020. Therefore, the Court finds that it is not necessary to conduct the hearing on January 13, 2020 at 11:00 a.m. and enters this order to cancel the hearing. Accordingly,

**It Is Hereby Ordered** that the hearing scheduled for January 13, 2020 at 11:00 a.m. is cancelled, and the order to show cause is dissolved.

**Signed on January 9, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**