# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
Joseph G. DuMouchelle, and
Melinda J. Adducci

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

Debtors.

## MOTION FOR ENTRY OF ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF WITNESSES

NOW COMES Fred J. Dery, Chapter 7 Trustee (the "Trustee"), by and through his counsel Stevenson & Bullock, P.L.C., and files this Motion for Entry of Order Granting Authority to Issues Subpoenas for the Production of Documents and the Examination of Witnesses (the "Motion") and requests that this Court enter an order substantially in the form attached hereto as Exhibit 1.

Trustee, through his counsel, in support of his Motion, states:

### JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper under 28 U.S.C. § 1408 and 1409.

3. Trustee brings this Motion pursuant to 11 U.S.C. §§ 105, E.D. Mich. LBR 9014-1, and Rule 1019(6) of the Federal Rules of Bankruptcy Procedure.

## FACTS & PROCEDURAL BACKGROUND

4. On October 11, 2019 (the "Petition Date"), the debtors, Joseph G. DuMouchelle, and Melinda J. Adducci (collectively, the "Debtors"), filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

5. On December 4, 2019, the bankruptcy case was converted to one under Chapter 7 of the Bankruptcy Code pursuant to the *Order Converting Case to Chapter 7* (the "Conversion Order") [Docket No. 57].

6. The Trustee is the duly qualified and permanent trustee in this Chapter 7 case and over the bankruptcy estate (the "Estate" or "Bankruptcy Estate").

## RELIEF REQUESTED

7. By this Motion, the Trustee seeks an order, substantially in the form attached hereto as Exhibit 1, authorizing the Trustee to seek documents and oral examinations pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure without further order of this Court. This Motion is appropriate and reasonable to assist the Trustee in his investigation into the Debtors' assets, liabilities, and financial affairs.

## LEGAL AUTHORITY

8.　Pursuant to 11 U.S.C. §105, the Court has broad power to, "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

9.　Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Court may order the examination of any entity or person on motion filed by any party in interest. The examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the Debtor, or to any matter which may affect the administration of the Estate. Furthermore, pursuant to Federal Rule of Bankruptcy Procedure 2004, the attendance of a person or entity for examination and for the production of documents may be compelled as provided in Federal Rule of Bankruptcy Procedure 9016.

10.　Courts recognize that the scope of a Rule 2004 examination is broad. Indeed, some courts have compared it to a "fishing expedition." *In re Hammond*, 140 B.R. 197, 201 (Bankr. S.D. Ohio 1992); *In re Russell*, 392 B.R. 315, 359 (Bankr. E.D. Tenn. 2008) ("A Rule 2004 examination is a legally authorized fishing expedition. It is not a deposition subject to all the procedural rules governing discovery in a contested matter or adversary proceeding."). "Although the primary purpose of a Rule 2004 examination is to permit a party in interest to quickly ascertain the extent and location of the estate's assets, such examination is

not limited to the debtor or his agents, but may properly extend to creditors and third parties who have had dealings with the debtor." *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989).

11. Good cause exists to issue Bankruptcy Rule 2004 examinations and enter the relief requested in this Motion. Although the Trustee hopes and intends to conduct his investigation largely through the voluntary cooperation of witnesses and entities, the Trustee anticipates that absent the ability to issue subpoenas, filing a separate motion for each Bankruptcy Rule 2004 examination would rapidly become burdensome. Specifically, (i) the large number of potential financial institutions, corporate interests, and parties in interest either held by the Debtors or with whom the Debtors engaged with their financial affairs, suggests that a large number of Bankruptcy Rule 2004 examinations may be necessary; (ii) any delay in seeking such examinations could lead to dissipation of recoverable assets, evidence, or information; and (iii) the filing of numerous Bankruptcy Rule 2004 motions with the Court would unnecessarily burden the Court and Trustee and would generate additional administrative costs to the Estate.

12. The requested subpoena powers are critical to the Trustee's ability to fulfill his fiduciary duties under the Bankruptcy Code and are in the best interest of the Debtors' creditors and the efficient liquidation and administration of the Bankruptcy Estate.

## Bankruptcy Rule 2004 Subpoena Procedures

13. The Trustee seeks entry of an order streamlining the Bankruptcy Rule 2004 discovery process by implementing the following procedures:

   a. The Trustee will be authorized to issue and serve subpoenas (individually, a "Rule 2004 Subpoena") for examination and the production of documents pursuant to Bankruptcy Rule 2004 without further order of the Court;

   b. The Trustee shall serve each Rule 2004 Subpoena and a copy of the order entered pursuant to this Motion on the target of the Rule 2004 Subpoena;

   c. The Trustee shall file with the Court a certificate of service for each Rule 2004 Subpoena served;

   d. Targets of a Rule 2004 Subpoena and any party in interest will have 14 days after any Rule 2004 Subpoena is served to object to and/or seek to quash such Rule 2004 Subpoena;

   e. Targets of a Rule 2004 Subpoena will be directed to produce, on a rolling basis, all responsive documents within 14 days of the service of the subpoena (unless otherwise agreed by the Trustee), subject to any documents withheld under a claim of privilege;

   f. If a witness withholds any documents based upon a claim of privilege, the witness will be obligated to provide counsel for the Trustee a privilege log containing the information required under Fed. R. Bankr. P. 7026(b)(5) within 14 days of the service of a Rule 2004 Subpoena upon that witness (unless otherwise agreed by the Trustee); and

   g. Persons on whom a Rule 2004 Subpoena is served are directed to submit to oral examination upon reasonable notice and, absent other agreement with the Trustee, in no event more than 21 days from the service of a subpoena calling for such testimony.

14. This process has been approved by courts in this district and courts in other districts to streamline the trustee's investigation of third parties that may have an effect on the administration of a debtor's estates. See *In re Richard Martin Lewiston*, Case No. 12-58599-pjs [Docket No. 141]; *In re MuniVest Services, LLC, et al*, Case No. 10- 71403-pjs [Docket No. 29]; *In re Kevin G. Carney*, Case No. 09-18053 [Docket No. 65] (Bankr. N.D. Illinois, March 2, 2010); and *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Adversary Proceeding No. 08-01789-BRL [Docket No. 31] (Bankr. S.D.N.Y., January 12, 2009).

15. The proposed process will enable the Trustee to engage in the necessary discovery immediately and move quickly as his investigation unfolds. Thus, the requested relief would minimize costs to the Estate, allow the Trustee to conduct an efficient investigation, and potentially minimize any dissipation of assets. Nothing in the Motion or the proposed order granting the Motion limits the rights of any witness or other party under applicable law to object to or oppose any Rule 2004 Subpoena the Trustee may serve upon such witness.

## **CONCLUSION**

WHEREFORE, Trustee requests that this Honorable Court enter the proposed Order attached hereto as Exhibit 1 and grant such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Trustee
26100 American Drive, Ste. 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: February 13, 2020

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
Joseph G. DuMouchelle, and
Melinda J. Adducci

          Debtors.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

## ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF <u>WITNESSES</u>

THIS MATTER having come before the Court upon the Chapter 7 Trustee's Motion for Entry of Order Granting Authority to Issues Subpoenas for the Production of Documents and the Examination of Witnesses (the "<u>Motion</u>")[1]; no timely objections having been filed and properly served, or if timely filed and properly served, having been overruled; notice of the Motion having been sufficient and appropriate; and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.     The Motion is granted.

2.     The Trustee is authorized to issue and serve Rule 2004 Subpoenas for examinations pursuant to Bankruptcy Rule 2004 without further order of the Court.

---

[1]     Capitalized terms as used herein shall have the same meanings as prescribed to them in the Motion, unless otherwise provided herein.

3. The Trustee shall serve each Rule 2004 Subpoena and copy of this Order on the target of the Rule 2004 Subpoena.

4. The Trustee shall file with the Court a certificate of service for each Rule 2004 Subpoena he serves.

5. Recipients of a Rule 2004 Subpoena and any party in interest will have 14 days after any Rule 2004 Subpoena is served to object to and/or seek to quash such Rule 2004 Subpoena.

6. The Trustee shall include on the face of any Rule 2004 Subpoena that he issues the following language in bold, underlined font: **<u>Recipients of a Rule 2004 Subpoena and any party in interest shall have 14 days after the date of service to object to and/or seek to quash such Rule 2004 Subpoena</u>**.

7. Recipients of a Rule 2004 Subpoena are directed to produce, on a rolling basis, all responsive documents within 14 days of the service of the subpoena (unless otherwise agreed by the Trustee), subject to any documents withheld under a claim of privilege.

8. If a witness withholds any documents based upon a claim of privilege, the witness is obligated to provide counsel for the Trustee a privilege log containing the information required under Fed. R. Bankr. P. 7026(b)(5) within 14 days of the service of a Rule 2004 Subpoena upon that witness (unless otherwise agreed by the Trustee).

9. Recipients of a Rule 2004 Subpoena are directed to submit to oral examination upon reasonable notice and, absent other agreement with the Trustee, in no event more than 21 days from the service of a deposition subpoena upon the recipient of said subpoena.

10. This Court retains jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
Joseph G. DuMouchelle, and
Melinda J. Adducci

Debtors.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

**NOTICE AND OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF ORDER GRANTING AUTHORITY TO ISSUES SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF WITNESSES**

PLEASE TAKE NOTICE that Trustee, Fred J. Dery, by and through his counsel, Stevenson & Bullock, P.L.C., has filed a Motion for Entry of Order Granting Authority to Issues Subpoenas for the Production of Documents and the Examination of Witnesses (the "Motion").

Your rights may be affected.  You may wish to review the Motion and discuss it with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you wish to object to the Court granting the relief sought in the Motion, or if you want the Court to otherwise consider your views on the Motion, within fourteen (14) days of service of the Motion, or such shorter time as the Court may hereafter order, you or your attorney must:

1. File with the Court a written response or an answer[2], explaining your position at:

    United States Bankruptcy Court
    211 West Fort Street
    Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

---

[2] Response or answer must comply with FED.R.CIV.P. 8(b), (c), and (e).

You must also mail a copy to:

                    Stevenson & Bullock, P.L.C.
                      Attn.: Elliot G. Crowder
                 26100 American Drive, Suite 500
                    Southfield, Michigan 48034

                              -and-

                Office of the United States Trustee
                211 West Fort Street, Suite 700
                    Detroit, Michigan 48226

      If a response or answer is timely filed and served, the clerk may schedule a hearing on the Motion and you will be served with a notice of the date, time, and location of the hearing.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief sought therein.

                                              Respectfully submitted,
                                              **STEVENSON & BULLOCK, P.L.C.**

                                              By: /s/ Elliot G. Crowder
                                              Elliot G. Crowder (P76137)
                                              Counsel for Trustee
                                              26100 American Drive, Suite 500
                                              Southfield, MI 48034
                                              Phone: (248) 354-7906
                                              Facsimile: (248) 354-7907
                                              Email: ecrowder@sbplclaw.com

Dated: February 13, 2020

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>Joseph G. DuMouchelle, and<br>Melinda J. Adducci<br><br>      Debtors. | Bankruptcy Case No. 19-54531<br>Honorable Phillip J. Shefferly<br>Chapter 7 |

## CERTIFICATE OF SERVICE

  Elliot Crowder certifies that certifies that on February 13, 2020 a copy of the **Motion for Entry of Order Granting Authority to Issues Subpoenas for the Production of Documents and the Examination of Witnesses**, **proposed Order**, **Notice**, and **Certificate of Service** was served upon the following parties via the Court's CM/ECF (PACER) system, and/or by United States Postal Service First Class Mail:

| | |
|---|---|
| Office of the United States Trustee | Joseph G. DuMouchelle<br>Melinda J. Adducci<br>1221 Bowers, #2595<br>Birmingham, MI 48012 |
| Fred Dery<br>fdery@fredjdery.com<br>MI39@ecfcbis.com<br>dcloven@fredjdery.com<br>fjd@trustesolutions.net | Robert N. Bassel<br>bbassel@gmail.com<br>robertbassel@hotmail.com<br>ecfbassel@gmail.com |
| Leslie K. Berg (UST)<br>Leslie.K.Berg@usdoj.gov | Howard M. Borin<br>hborin@schaferandweiner.com<br>jburns@schaferandweiner.com<br>nmack@schaferandweiner.com |
| Daniel A. DeMarco<br>dademarco@hahnlaw.com<br>cmb@hahnlaw.com | David Eisenberg<br>deisenberg@maddinhauser.com |
| Earle I. Erman<br>eerman@maddinhauser.com | Shanna Marie Kaminski<br>smkaminski@varnumlaw.com<br>wrkyles@varnumlaw.com |
| Bryan D. Marcus<br>bmarcus.x@gmail.com | Deborah S. Rubin<br>drubin@jaffelaw.com |

| Glenn S. Walter | Daniel J. Weiner |
| gwalter@honigman.com | dweiner@schaferandweiner.com |
| Jay L. Welford | All other ECF participants |
| jwelford@jaffelaw.com | |

      Elliot Crowder further certifies that on February 13, 2020 a copy of the **Notice** was served by depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon on all parties appearing on Debtors' matrix obtained from the Court's CM/ECF website on February 13, 2020 and attached hereto.

                                          Respectfully submitted,
                                          **STEVENSON & BULLOCK, P.L.C.**

                                          By: /s/ Elliot G. Crowder
                                          Elliot G. Crowder (P76137)
                                          Counsel for Trustee
                                          26100 American Drive, Suite 500
                                          Southfield, MI 48034
                                          Phone: (248) 354-7906
                                          Facsimile: (248) 354-7907
                                          Email: ecrowder@sbplclaw.com

Dated: February 13, 2020

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 19-54531-pjs<br>Eastern District of Michigan<br>Detroit<br>Thu Feb 13 15:01:01 EST 2020 | 1-800 Self-Storage.Com<br>2477 W Maple Rd<br>Troy, MI 48084-7124 | A- RON Resources, LLC<br>224 15th Street<br>Santa Monica, CA 90402-2210 |
| A-RON Resources LLC<br>c/o Glenn S. Walter/Honigman LLP<br>660 Woodward Ave., Ste. 2290<br>Detroit, MI 48226-3506 | Aaron Mendelsohn<br>c/o Honigman LLP<br>660 Woodward Ave., Ste. 2290<br>Detroit, MI 48226-3506 | Melinda J. Adducci<br>1221 Bowers<br>#2595<br>Birmingham, MI 48012-7102 |
| Ally Bank<br>P.O. Box 130424<br>Saint Paul, MN 55113-0004 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express<br>Customer Care / Bankruptcy<br>P.O. Box 297812<br>Fort Lauderdale, FL 33329-7812 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Robert N. Bassel<br>P.O. Box T<br>Clinton, MI 49236-0018 | Leslie K. Berg (UST)<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 |
| Howard M. Borin<br>Schafer and Weiner, PLLC<br>40950 Woodward Ave.<br>Ste. 100<br>Bloomfield Hills, MI 48304-5124 | Charles D. Bullock<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 | Chase<br>P. O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chrysler Capital<br>Attn:  Bankruptcy Department<br>P.O. Box 961278<br>Fort Worth, TX 76161-0278 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Credibly<br>25200 Telegraph Rd<br>STE 350<br>Southfield, MI 48033-7416 |
| Elliot G. Crowder<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 | Daniel A. DeMarco<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114-2306 | Department Stores National Bank (Macy's<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040-8053 |
| Fred Dery<br>803 West Big Beaver<br>Suite 353<br>Troy, MI 48084-4775 | Discover<br>DFS Services, LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany OH   43054-3025 |
| Joseph G. DuMouchelle<br>1221 Bowers<br>#2595<br>Birmingham, MI 48012-7102 | EZ Storage<br>18145 Mack Ave<br>Detroit, MI 48224-1444 | East Continental Gems<br>c/o Cindy Elizabeth Molloy, Esq.<br>551 Fifth Avenue, 31st Floor<br>New York, NY 10176-0001 |
| East Continental Gems, Inc.<br>580 5th Avenue, Ste. 1115<br>New York, NY 10036-4726 | David Eisenberg<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 | Earle I. Erman<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 |

| | | |
|---|---|---|
| First National Bank & Trust<br>22 4th Street E.<br>Williston, ND 58801-5332 | Jerome D. Frank<br>30833 Northwestern Hwy<br>Ste. 205<br>Farmington Hills, MI 48334-2582 | Matthew W. Frank<br>30833 Northwestern Hwy.<br>Suite 205<br>Farmington Hills, MI 48334-2582 |
| Goldstein, Bershad & Fried, P.C.<br>4000 Town Center<br>Suite 1200<br>Southfield, MI 48075-1413 | Marty Harrity<br>Frank & Frank, PLLC<br>30833 Northwestern Hwy.<br>Suite 205<br>Farmington Hills, MI 48334-2582 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Jeffrey A. Mitchell, Esq.<br>5 Penn Plaza, 24th Floor<br>New York, NY 10001-1810 | Jonathan Birnbach & J.B. International<br>576 Fifth Avenue<br>New York, NY 10036-4807 | Joseph Gaylord<br>Thomas, DeGrood & Witenoff, P.C.<br>26211 Central Park Blvd., Suite 110<br>Southfield, MI 48076-4154 |
| Shanna Marie Kaminski<br>160 W. Fort St.<br>5th Floor<br>Detroit, MI 48226-3700 | Kevin G. Thomas<br>Thomas, DeGrood & Witenoff, P.C.<br>26211 Central Park Blvd., Suite 110<br>Southfield, MI 48076-4154 | Lee County Tax Collector<br>C/o Legal Department<br>PO Box 850<br>Fort Myers  FL  33902-0850 |
| Morris B. Lefkowitz<br>29777 Telegraph Road<br>Suite 2440<br>Southfield, MI 48034-7667 | Bryan D. Marcus<br>29488 Woodward Ave.<br>Suite 451<br>Royal Oak, MI 48073-0903 | Nanette Poole<br>458 Bournemouth Circle<br>Grosse Pointe Farms, MI 48236-2816 |
| Oakland County Circuit Court<br>1200 N. Telegraph Road<br>Pontiac, MI 48341-0404 | Office of the United States Trustee<br>Ohio/Michigan Regional Office<br>211 West Fort Street<br>Suite 700<br>Detroit, Michigan 48226-3263<br>Attn: Quarterly Fee Coordinator | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Precious Stones Company<br>c/o Honigman LLP<br>2290 First National Bldg.<br>660 Woodward Ave.<br>Detroit, MI 48226-3516 | Jay Richter<br>John R. Wood Properties<br>1019 Periwinkle Way<br>Sanibel, FL 33957-6914 | Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 |
| Deborah S. Rubin<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034-8214 | Tami R. Salzbrenner<br>30833 Northwestern Hwy.<br>Suite 205<br>Farmington Hills, MI 48334-2582 | Sanibel Captiva Community Bank<br>7500 College Parkway<br>Fort Myers, FL 33907-5500 |
| Aaron J Scheinfield<br>Goldstein, Bershad & Fried, P.C.<br>4000 Town Center<br>Suite 1200<br>Southfield, MI 48075-1413 | Aaron J. Scheinfield<br>Goldstein Bershad & Fried PC<br>4000 Town Center<br>Suite 1200<br>Southfield, MI 48075-1413 | Craig S. Schoenherr Sr.<br>12900 Hall Road<br>Suite 350<br>Sterling Heights, MI 48313-1174 |
| Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Simply Self Storage<br>20355 E 9 Mile Rd<br>Saint Clair Shores, MI 48080-1757 | Synchrony Bank (Lowe's)<br>Bankruptcy Department<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Teodor Gelov<br>c/o Jaffe Raitt Heuer & Weiss PC<br>Jay Welford, Esq.<br>27777 Franklin Rd Ste 2500<br>Southfield, MI 48034-8222 | Thomas T. Ritter<br>c/o Bryan D. Marcus, Esq.<br>29488 Woodward Ave., Suite 451<br>Royal Oak, MI 48073-0903 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Glenn S. Walter<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506 | Daniel J. Weiner<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304-5124 |
| Jay L. Welford<br>27777 Franklin Rd.<br>Suite 2500<br>Southfield, MI 48034-8214 | William Noble Rare Jewels, LP<br>100 Highland Park Village<br>Dallas, TX 75205-2784 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Joy Augustine | (u)Jonathan Birnbach | (u)Charles D. Bullock |
| (u)Finemark National Bank & Trust | (u)Teodor Gelov | (u)J.B. International |
| (u)John Ragard | (u)Marty Harvity | (u)Aaron Mendelsohn |
| (du)John Ragard | (u)Thomas Ritter | (u)Sanibel Captiva Community Bank |

(u)Santander Consumer USA, Inc.      (u)Mark Shapiro                   (u)Thomas Ritter
                                                                       c/o Attorneys - Bryan Marcus P47125


(u)Andrew R. Vara                    End of Label Matrix
                                     Mailable recipients   67
                                     Bypassed recipients   16
                                     Total                 83