# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Joseph G. DuMouchelle, and
Melinda J. Adducci

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

Debtors.

## ORDER SETTING BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

THIS MATTER having come before the Court upon the Chapter 7 Trustee's Motion for Entry of Order Setting Bar date for Filing Chapter 11 Administrative Claims (the "Motion"); no timely objections having been filed and properly served, or if timely filed and properly served, having been overruled; notice of the Motion having been sufficient and appropriate; and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. Pursuant to Rule 1019(6) of the Federal Rules of Bankruptcy Procedure, all requests for approval of administrative expenses pursuant to 11 U.S.C. § 503 that were incurred before conversion of this case to Chapter 7 shall be filed with the Court on or before **March 5, 2020.**

**Signed on February 19, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**