# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Joseph G. DuMouchelle, and
Melinda J. Adducci

           Debtors.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

**STIPULATION FOR ENTRY OF ORDER EXTENDING DEADLINES TO (1) OBJECT TO DEBTORS' DISCHARGES PURSUANT TO 11 U.S.C. § 727; AND (2) OBJECT TO THE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523**

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "Trustee"), and Joseph G. DuMouchelle, and Melinda J. Adducci (collectively, the "Debtors"), each by and through their undersigned counsel who do hereby stipulate to the entry of the attached order.

Approved as to form and content.

| **STEVENSON & BULLOCK, P.L.C.** | |
|---|---|
| By: /s/ Elliot G. Crowder<br>Elliot G. Crowder (P76137)<br>Counsel for Trustee<br>26100 American Drive, Suite 500<br>Southfield, MI 48034<br>Phone: (248) 354-7906<br>Facsimile: (248) 354-7907<br>Email: ecrowder@sbplclaw.com<br><br>Dated: June 6, 2020 | By: /s/ Robert N. Bassel<br>Robert N. Bassel (P48420)<br>Counsel for Debtors<br>P.O. Box T<br>Clinton, MI 49236<br>Phone: (248) 677-1234<br>Email: bbassel@gmail.com<br><br>Dated: June 8, 2020 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **IN THE MATTER OF:**<br>Joseph G. DuMouchelle, and<br>Melinda J. Adducci<br><br>Debtors. | Bankruptcy Case No. 19-54531<br>Honorable Phillip J. Shefferly<br>Chapter 7 |

## ORDER EXTENDING DEADLINES TO (1) OBJECT TO DEBTORS' DISCHARGES PURSUANT TO 11 U.S.C. § 727; AND (2) OBJECT TO THE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523

THIS MATTER having come before this Honorable Court upon the stipulation of the parties and the Court being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the time under Rule 4004 of the Federal Rules of Bankruptcy Procedure for all creditors and parties in interest, including the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge(s) under 11 U.S.C. § 727 is extended through and including September 30, 2020.

IT IS FURTHER ORDERED that the time under Rule 4007 of the Federal Rules of Bankruptcy Procedure for all creditors to object to the dischargeability of the debts as to either (or both) Debtor(s) under 11 U.S.C. § 523(a)(2), (4), and/or (6) is extended through and including September 30, 2020.

IT IS FURTHER ORDERED that the extensions of time provided herein are without prejudice to the rights of all creditors and parties in interest, including the Chapter 7 Trustee and the Office of the United States Trustee, to seek further extensions by stipulation or motion.