# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

Joseph G. DuMouchelle, and
Melinda J. Adducci

                   Debtors.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

## STIPULATION FOR ENTRY OF ORDER ADJOURNING EVIDENTIARY HEARING ON FINEMARK NATIONAL BANK & TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "<u>Trustee</u>"), FineMark National Bank & Trust (the "<u>Bank</u>"), and Marty Harrity ("<u>Harrity</u>") each by and through their undersigned counsel who do hereby stipulate to the entry of the attached order.

Approved as to form and content.

| **STEVENSON & BULLOCK, P.L.C.** | **HAHN LOESER & PARKS LLP** |
|---|---|
| By: /s/ Elliot G. Crowder | By: /s/ Daniel A DeMarco |
| Elliot G. Crowder (P76137) | Daniel A DeMarco |
| Counsel for Trustee | (Ohio Bar No. 0038920) |
| 26100 American Drive, Suite 500 | Counsel for Bank |
| Southfield, MI 48034 | 200 Public Square, Suite 2800 |
| Phone: (248) 354-7906 | Cleveland, Ohio 44114 |
| Facsimile: (248) 354-7907 | Phone: (216) 621-0150 |
| Email: ecrowder@sbplclaw.com | Facsimile: (216) 241-2824 |
| | Email: dademarco@hahnlaw.com |
| Dated: August 19, 2020 | |
| | Dated: August 19, 2020 |

**FRANK & FRANK, PLLC**

By: /s/ Jerome D. Frank
Jerome D. Frank (P13634)
Counsel for Harrity
30833 Northwestern Highway, Suite 205
Farmington Hills, MI 48334
Phone: (248) 932-1440
Facsimile: (248) 932-1443
Email: jfrank@frankfirm.com

Dated: August 19, 2020

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| Joseph G. DuMouchelle, and<br>Melinda J. Adducci<br><br>               Debtors. | Bankruptcy Case No. 19-54531<br>Honorable Phillip J. Shefferly<br>Chapter 7 |

**ORDER ADJOURNING EVIDENTIARY HEARING ON FINEMARK NATIONAL BANK & TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having come before this Honorable Court upon the stipulation of the parties and the Court being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the final hearing, which will be an evidentiary hearing on FineMark National Bank & Trust's (the "Creditor") Motion for Relief from the Automatic Stay shall be and hereby is adjourned from August 27, 2020 at 9:30 am to **October   , 2020 at 9:30 am**.

IT IS FURTHER ORDERED that the Creditor and the Trustee must file a stipulation no later than **October   , 2020** that identifies any witnesses they intend to call at the final hearing and identifies any documents that they intend to introduce at the final hearing. The Court encourages the parties to stipulate to the admissibility of documents to the extent possible, reserving only legitimate evidentiary objections to be made at the hearing.

IT IS FURTHER ORDERED that the Court will hold a status conference on

_____, 2020 at _____. Because of the Court's current restrictions caused by

the COVID-19 pandemic, the status conference will be conducted by telephone. The

parties are directed to dial-in for this hearing at 1-888-684-8852, access code

6874938#. At the status conference, the Court intends to confer with the parties

about the logistics for conducting the final hearing remotely by video

IT IS FURTHER ORDERED that the automatic stay shall remain in full force

and effect with respect to the Creditor's rights in the subject real property through

the final hearing or further order of the Court.