UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
Joseph G. DuMouchelle, and
Melinda J. Adducci,
          *Debtors*.

Bankruptcy Case No. 19-54531
Honorable Phillip J. Shefferly
Chapter 7

## ORDER ON DEBTORS' MOTION TO STAY MULTIPLE ADVERSARY PROCEEDINGS AND/OR TO EXTEND THE DEADLINE FOR DEBTORS TO RESPOND TO MULTIPLE ADVERSARY COMPLAINTS

**THIS MATTER** having come before the Court on Debtors' October 14, 2020 *Motion to Stay Multiple Adversary Proceedings and/or to Extend the Deadline for Debtors to Respond to Multiple Adversary Complaints* [Doc. No. 294] ("Motion"), the Debtors' having requested an expedite hearing [Doc. No. 295]; the Court having granted [Docket No. 300] the request for an expedited hearing; creditor Thomas Ritter having file a *Response* [Doc. No. 304] in opposition to the motion; the Court having held an expedited hearing on October 22, 2020; Plaintiff THOMAS RITTER having appeared through his counsel, Mr. Jay L. Welford; Plaintiff JOHN RAGARD having appeared through his counsel, Mr. David Eisenberg; and the Court being otherwise duly advised in the premises;

**NOW THEREFORE;**

For the reasons set forth on the record with respect to the denial of Debtors' *Motion*, and the Court having found good cause to grant a short extension of the time to respond to the four (4) adversary proceedings that remained the subject of Debtors' *Motion*, as articulated by Debtors' counsel on the record;

**IT IS HEREBY ORDERED** as follows:

1. For the reason set forth on the record, Debtors' Motion is granted in part and denied in part, as set forth herein.

2. Debtors are granted an extension of time until **November 5, 2020**, to respond to the Adversary Complaints filed by the following four (4) Plaintiffs:

    i. Thomas T. Ritter, Case No. 20-04381-pjs

    ii. John Ragard, Case No. 20-04386-pjs

    iii. William Noble Rare Jewels, LP, Case No. 20-04387-pjs

    iv. J.B. International, Inc. et al., 20-04388-pjs

3. To the extent that the deadline for either of the Debtors to respond to an Adversary Complaint in any of the above listed adversary proceedings is already after November 5, 2020, the later deadline shall control.

4. The portion of Debtors' Motion seeking a stay of the above listed adversary proceedings is denied

5. The Court will file a copy of this Order into each Adversary Case listed above.

    **IT IS SO ORDERD.**

**Signed on October 26, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**