UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 2:21−cv−12087−SJM−CI |
| Joseph G. DuMouchelle, | Hon. Stephen J. Murphy |
| | Magistrate Judge  Curtis Ivy, Jr |

## NOTICE OF RECEIPT OF MOTION TO WITHDRAW REFERENCE

Pursuant to the Bankruptcy Rules, notice is hereby given that a Motion to Withdraw Reference was received on 9/3/2021 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 19−54531.

The adversary proceeding number is 21−04041.

Dated:   September 8, 2021

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/V. Lung
Deputy Clerk