UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-54531-lsg |
| **Joseph G. DuMouchelle,** <br> **Melinda J. Adducci,** | Chapter 7 <br><br> Hon. Lisa S. Gretchko |
| Debtors. _____ / | |

## ORDER DENYING DISCHARGE OF DEBTOR JOSEPH G. DuMOUCHELLE ONLY UNDER 11 U.S.C. § 727

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 454) among the United States Trustee and Debtors Joseph G. DuMouchelle and Melinda J. Adducci, consenting to the terms of this Order. The Stipulation contains a written waiver of discharge executed by Debtor Joseph G. DuMouchelle after the order for relief in this Chapter 7 case. The Court has reviewed the Stipulation and other pertinent pleadings and is advised in the premises. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the written waiver of discharge executed by Debtor Joseph G. DuMouchelle is approved, and under 11 U.S.C. § 727(a)(10) a discharge with respect to Debtor Joseph G. DuMouchelle only is **DENIED** and shall not issue.

**Signed on May 15, 2023**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**