Form denyd

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **19−54531−lsg**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Joseph G. DuMouchelle
  aka Joe G. DuMouchelle
  1221 Bowers
  #2595
  Birmingham, MI 48012

  Melinda J. Adducci
  aka Lindy J. Adducci
  1221 Bowers
  #2595
  Birmingham, MI 48012

Social Security No.:
  xxx−xx−0669      xxx−xx−6052

Employer's Tax I.D. No.:

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF ORDER DENYING DISCHARGE AS TO DEBTOR ONLY**

NOTICE IS HEREBY GIVEN that on **05/15/2023** an order was entered denying the discharge as to debtor **Joseph G. DuMouchelle** ONLY in the above−entitled Chapter 7 case.

Dated: 5/15/23

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT