# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci,

Debtors.

_____/

Chapter 7

Case No. 19-54531-lsg

Hon. Lisa S. Gretchko

## STIPULATION FOR ENTRY OF ORDER APPROVING
## SETTLEMENT AGREEMENT

Teodor Gelov ("Creditor"), and Melinda J. Adducci ("Debtor"), by their

undersigned counsel, stipulate and agree to the entry of the proposed Order attached

hereto as **Exhibit 1**.

Approved as to form and content:

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **JOHN R. FOLEY, P.C.** |
| By: /s/*Kimberly Ross Clayson* | By: */s/ Patrick A. Foley* |
| Kimberly Ross Clayson (P69804) | Patrick A. Foley (P74323) |
| Jay L. Welford (P34471) | 18572 W. Outer Drive |
| 27777 Franklin, Suite 2500 | Dearborn, MI 48128 |
| Southfield, MI 48034 | 313-274-7377 |
| (248) 351-3000 | pafoley@jrfpc.net |
| kclayson@taftlaw.com | |
| jwelford@taftlaw.com | |
| | |
| *Counsel to Creditor, Teodor Gelov* | *Counsel for Defendant, Melinda J. Adducci* |
| | |
| Dated: April 29, 2026 | Dated: April 29, 2026 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:
Joseph G. DuMouchelle and
Melinda J. Adducci                                    Chapter 7

                                                      Case No. 19-54531-lsg
                        Debtors.                      Hon. Lisa S. Gretchko

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS MATTER came before the court on the Motion of Creditor, Teodor Gelov, entitled *Motion to Approve Settlement of Nondischargeability Action Between Creditor, Teodor Gelov and Debtor, Melinda Adducci* [ECF No. 521] (the "Motion"). Notice of the Motion was served on all creditors and parties in interest as stated in the *Certificate of Service* filed therewith [ECF No. 522]. No objections were timely filed or served. Hearings on the Motion were held by the Court on February 27, 2026 (the "Hearing") and on April 10, 2026, and for the reasons stated in the Motion and on the record at the Hearing,

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED and the *Amended Settlement Agreement*[1] filed at ECF No. 533 (the "Settlement Agreement") is approved;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Settlement Agreement.

IT IS FURTHER ORDERED that, as recited in the Settlement Agreement and Mutual Release dated for April 29, 2026, between Debtor, Melinda Adducci ("Debtor") and Creditor, Teodor Gelov ("Creditor"), and based upon the stipulation to entry of this Order by Creditor and Debtor, Creditor's claim of $2,862,715.00 (the "Liability Amount") is determined to be nondischargeable as to Debtor pursuant to 11 U.S.C. §523(a)(2)(A). Provided however, that Debtor may satisfy the Liability Amount by payment of the amount of $84,000.00 pursuant to the terms and conditions of the Settlement Agreement;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce, implement, and interpret this Order and to adjudicate any disputes arising from or relating to it.